**E-Filed 4/4/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOUELLA MANZANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>　　　　　Defendants. | Case Number 5:10-cv-04791 JF/HRL<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND<br><br>[RE: Doc. No. 9] |

　　The instant action involves alleged violations of the Truth in Lending Act ("TILA") and related claims. On February 17, 2011, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation concluding that Defendants' motion to dismiss Plaintiff's complaint should be granted, with leave to amend. No party has objected to the recommendation.

　　Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Lloyd's Report and Recommendation. Accordingly, Defendants' motion to dismiss Plaintiff's complaint will be granted, with leave to amend. Any amended complaint must be filed within thirty (30) days of the date of this order.

IT IS SO ORDERED.

DATED: April 4, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. 05:10-cv-04791 JF/HRL
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND
(JFLC3)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LOUELLA MANZANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>　　　　　　Defendants. | Case Number 5:10-cv-04791 JF/HRL<br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　　On April 4, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Louella Manzano
4140 Loganberry Drive
San Jose, CA 95121

DATED:  April 4, 2011　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

Case No. 05:10-cv-04791 JF/HRL
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND
(JFLC3)