**E-Filed 6/9/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOUELLA MANZANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIDELITY NATIONAL TITLE, et al.,<br><br>　　　　　Defendants. | Case Number 5:10-cv-04791-JF (HRL)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

On April 4, 2011, the Court dismissed this action, with leave to amend. No amended pleading has been filed within the time provided. Accordingly, the action is DISMISSED, WITH PREJUDICE.

　　　　IT IS SO ORDERED.

DATED: 6/9/2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LOUELLA MANZANO,<br><br>        Plaintiff,<br><br>        v.<br><br>FIDELITY NATIONAL TITLE, et al.,<br><br>        Defendants. | Case Number 5:10-cv-04791-JF (HRL)<br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On Thursday, June 9, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Louella Manzano
4140 Loganberry Drive
San Jose, CA 95121

DATED:  6/9/11

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk

2